# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DOMINIC PILEGGI, JR.,** | : | |
| Petitioner | : | No. 1:16-cr-00257-1 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| Respondent | : | |

## ORDER

**AND NOW**, on this 30th day of June 2022, upon consideration of Petitioner Dominic Pileggi, Jr. ("Petitioner")'s motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (Doc. No. 152), and in accordance with the Memorandum entered concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's motion (Doc. No. 152) is **DENIED**;

2. A Certificate of Appealability **SHALL NOT ISSUE**; and

3. The Clerk of Court is directed to **CLOSE** the related case at 1:21-cv-01463.

                                                   s/ Yvette Kane
                                                   Yvette Kane, District Judge
                                                   United States District Court
                                                   Middle District of Pennsylvania